UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

LBS PETROLEUM, LLC, a Florida limited liability company.

Plaintiff,

    v.

TULGA DEMIR, an individual,

Defendant.

Case No.: 1:15-cv-22880-UU

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LBS PETROLEUM, LLC and Defendant TULGA DEMIR, pursuant to Fed.R.Civ.P. 41, hereby submit the statement attached hereto as **Exhibit 1** and stipulate to dismissal of all claims, counter claims, cross-claims, third party claims, or any other claims between these parties, with prejudice, and with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| STOK FOLK + KON<br>*Attorneys for Defendants*<br>18851 NE 29th Avenue<br>Suite 1005<br>Aventura, Florida 33180<br><br>By: ___*s/ Joshua R. Kon*___<br>    JOSHUA R. KON, ESQ.<br>    Florida Bar No. 0056147<br>    jkon@stoklaw.com | Law Offices of Rodrigo S. Da Silva<br>*Attorney for Plaintiff*<br>1001 Brickell Bay Drive, 9th Floor<br>Miami, Florida 33131<br>Email: rodrigo@rdasilvalaw.com<br><br>By: ___*s/ Rodrigo Da Silva*___<br>    RODRIGO DA SILVA, ESQ<br>    Florida Bar No. 0088600 |

# EXHIBIT 1

*Exhibit 1 to Joint Stipulation of Dismissal with Prejudice*

LBS Petroleum, LLC and Liron Ben-Shimon state that their litigation with Tulga Demir and any related entities including Global Energy Acquisitions, LLC, GEA Exploration Fund III, LLC, Rachael Lauren Robinson, Demir Energy, LLC, KY Oil Management, LLC and GEA Oil Drilling, LLC has been resolved to the satisfaction of the parties without any payment between the parties or their related entities, and that the claims brought against Tulga Demir and the parties above, about whom were talked about negatively in the press and otherwise, were unfortunately based on incomplete, false and misleading information provided by third parties to LBS Petroleum, LLC and Liron Ben-Shimon.